IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SYED RIZWAN MOHIUDDIN | § | CASE NO. 15-34752 |
|     Debtor(s) | § | |
| | § | CHAPTER 7 |
| SOUTHERN TITLE INSURANCE CORPORATION | § | |
|     Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 16-3151 |
| | § | |
| SYED RIZWAN MOHIUDDIN | § | |
|     Defendant(s) | § | |

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date of Judgment Entered: | May 16, 2017 |
| Judgment in Favor of: | Southern Title Insurance Corporation |
| Creditor's Last Known Address: | P.O. Box 399, Richmond, Virginia 23218 |
| Judgment Against: | Syed Rizwan Mohiuddin |
| Debtor's Last Known Address: | 5622 Havenwoods Drive, Houston, Texas 77066 |
| Debtor's Date of Birth: | November 24, 1966 |
| Debtor's Social Security Number: | 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 |
| Debtor's Driver's License Number: | 14089094 |
| Amount of Judgment: | $8,497,832.62 |
| Amount of Costs: | $0 |
| Rate of Interest: | 1.1% per annum from date of judgment entered |
| Amount of Credits Since Judgment: | $0 |

1

      The above and foregoing is a correct Abstract of Judgment entered in the United States Bankruptcy Court, for the Southern District of Texas, in the above captioned case.

Dated: __JUL 0 5 2017__

CLERK OF COURT   DAVID J. BRADLEY

By: _____
     Deputy Clerk

*[Seal: United States Bankruptcy Court, Southern District of Texas]*

2